UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GWEN GOODWIN,

                       **Plaintiff,**

      -against-

COWORX STAFFING SVCS LLC,

                       **Defendant.**

------------------------------------------------------------------X

25-CV-05248 (MMG)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/202

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff's request to adjourn the Initial Pretrial Conference scheduled for November 3, 2025, is GRANTED. The conference is adjourned to Monday, November 10, 2025, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.

    The Court extends its condolences to the Plaintiff and her family.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    October 30, 2025
              New York, New York

1