UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GWEN GOODWIN,

                                      **Plaintiff,**

               -against-

COWORX STAFFING SVCS LLC,

                                     **Defendant.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/11/2025

25-CV-05248 (MMG)(SN)

**ORDER REQUESTING
LIMITED APPEARANCE OF
*PRO BONO* COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

      On November 10, 2025, the parties appeared for an initial pretrial conference. Plaintiff requested that the Court appoint *pro bono* counsel to assist her with discovery and settlement negotiations. Plaintiff's oral request is GRANTED. The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of conducting discovery and assisting with any potential settlement discussions.

      In the Complaint, Plaintiff alleges that Defendant violated the Family Medical Leave Act ("FMLA") by refusing to reinstate her in her prior employment after taking FMLA leave.

      Plaintiff is reminded that she does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Plaintiff, she must proceed on her own behalf.

**SO ORDERED.**

                                                                                         _____
                                                                                         SARAH NETBURN
                                                                                         United States Magistrate Judge

DATED:     November 11, 2025
               New York, New York