UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GWEN GOODWIN,

                                    Plaintiff,                                25-CV-05248 (MMG)(SN)

                    -against-                                                         **ORDER**

COWORX STAFFING SVCS LLC,

                                    Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In light of Defendant's recent status report (ECF No. 23) and the notice of limited

appearance of *pro bono* counsel (ECF No. 24), the parties are ORDERED to meet and confer

regarding Defendant's outstanding discovery requests and submit a joint status letter (not to

exceed three pages) by no later than Monday, February 2, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        January 20, 2026
                  New York, New York