**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

GWEN GOODWIN,

                          **Plaintiff,**

          -against-

COWORX STAFFING SVCS LLC, et al.,

                       **Defendants.**

-------------------------------------------------------------------X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: | |
| DATE FILED: | 3/10/2026 |

**25-CV-05248 (MMG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On Monday, March 9, 2026, Plaintiff filed an amended complaint. ECF No. 32. Defendant CoWorx Staffing Svcs LLC is ORDERED to answer or otherwise respond to the amended complaint by no later than Monday, March 30, 2026.

Further, the March 13, 2026 discovery deadline and the March 27, 2026 deadline to file a pre-motion letter regarding summary judgment are ADJOURNED without date. Within two weeks of when Defendant Kevyn Aucoin Beauty Inc. responds to the amended complaint, the parties are ORDERED to file a joint letter with proposed revised deadlines for completing discovery and filing pre-motion letters regarding summary judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 10, 2026
              New York, New York